**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00274-CV**
_____

**CHG HOSPITAL CONROE D/B/A
CORNERSTONE HOSPITAL CONROE, Appellant**

**V.**

**SOUTHERN GUARANTY INSURANCE, Appellee**

**On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 23-05-07127**

**MEMORANDUM OPINION**

CHG Hospital Conroe d/b/a Cornerstone Hospital Conroe, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 20, 2025
Opinion Delivered August 21, 2025
Before Golemon, C.J., Johnson and Chambers, JJ.

1